# EXHIBIT A

Case: 1:26-cv-04386 Document #: 10-2 Filed: 04/27/26 Page 2 of 4 PageID #:170

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

Assignment ID: PATI1429202

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Zhong YIN | 11/07/2025 |

**RECEIVING PARTY DATA**

| Company Name: | Ningbohuayuedianzishangwuyouxiangongsi |
|---|---|
| Street Address: | 2nd Floor, Factory No. 7 |
| Internal Address: | No. 688 Jinda Road, Yinzhou District |
| City: | Ningbo |
| State/Country: | CHINA |
| Postal Code: | 315100 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 18955928 |

**CORRESPONDENCE DATA**

**Fax Number:**        5022761796

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:**        (502)276-1796
**Email:**        contact@kafiling.com
**Correspondent Name:**        Mrs. Rakhee Tiwari
**Address Line 1:**        2112,W. MARJORYAVE
**Address Line 4:**        TAMPA, FLORIDA 33606

| ATTORNEY DOCKET NUMBER: | 467-696 |
|---|---|
| NAME OF SUBMITTER: | ashutosh choudhary |
| SIGNATURE: | /ashutosh choudhary/ |
| DATE SIGNED: | 11/21/2025 |

**Total Attachments: 2**
source=467-696 PATENT ASSIGNMENT AGREEMENT#page1.tiff
source=467-696 PATENT ASSIGNMENT AGREEMENT#page2.tiff

# PATENT ASSIGNMENT AGREEMENT

# 专利转让协议

THIS AGREEMENT is made as of the 7th day of November, 2025 by and BETWEEN:

本协议由以下双方于 2025 年 11 月 7 日签订：

Zhong YIN, a citizen existing under the laws of China, having its address at Building7,No.688 Jinda Road,Panhuo Street,Yinzhou District,Ningbo city,Zhejiang Province,China 315105.(hereinafter called the "ASSIGNOR"),

殷忠，一个在中国法律下的中国公民，其地点位于浙江省宁波市鄞州区潘火街道金达路 688 号 7 号楼，邮编：315105。（以下简称"转让人"）

And
和

Ningbohuayuedianzishangwuyouxiangongsi , a company organized and existing under the laws of China, having its principal place of business at " 2nd Floor, Factory No. 7, No. 688 Jinda Road, Yinzhou District, Ningbo City,Zhejiang Province,China,315100 " (hereinafter called the "ASSIGNEE")

宁波华岳电子商务有限公司，一家根据中国法律组建并存续的公司，其主要营业地点位于浙江省宁波市鄞州区金达路 688 号 7 号厂房二层,邮编：315100 。（以下简称"受让人"）

## WITNESSETH
## 序言

WHEREAS ASSIGNOR is the owner of certain invention patent duly registered filed in the United States Patent and Trademark Office, as listed in the Schedule attached hereto (hereinafter called the " invention patent");

鉴于转让人是在美国专利商标局正式注册的特定发明专利的所有人，如本协议附表所列（以下简称"发明专利"）

| TITLE | US Application Number | US Registration Number |
|---|---|---|
| LEG TRAINING DEVICE | 18/955,928 | US 12.427,372 B2 |

AND WHEREAS ASSIGNEE is desirous of acquiring the rights to the invention patent:
鉴于受让人希望获得发明专利的权利：

NOW THEREFORE, the ASSIGNOR, hereby transfers and assigns to the ASSIGNEE absolutely, all right, title and interest in and to the invention patent. The ASSIGNOR covenants that it will execute and deliver in favor of the ASSIGNEE all such documents and instruments, and will do all such things, as are necessary or desirable in order to register the ASSIGNEE as the owner of the Invention Patent in United States.

因此，转让人，特此将该发明专利的所有权利、所有权和利益绝对转让给受让人。转让人承诺，将为被转让人执行和交付所有这些文件和文书，并将采取一切必要或可取的措施，以将受让人登记为美国发明专利所有人。

THIS AGREEMENT shall take effect from 7th day of November, 2025
本协议自 2025 年 11 月 7 日起生效

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.
兹证明，本协议双方已各自授权代表于文首载明的日期签署本协议。

ASSIGNOR(转让人):
Zhong YIN（殷忠）

Signed by: _Zhong YIN_
Name:Zhong YIN
Title:Owner （个人）

ASSIGNEE(受让人):
Ningbohuayuedianzishangwuyouxiangong si（宁波华岳电子商务有限公司）

Signed by: _Lin CHAO_
Name: Lin CHAO
Title: Principal （法人）